**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELINA TAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORONGO BAND OF MISSION ) <br> INDIANS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 13-1506 FMO (SPx) <br><br> **JUDGMENT** |

    **IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 23rd day of September, 2013.

                                                       /s/
                                      Fernando M. Olguin
                                United States District Judge