**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELINA TAN, | ) Case No. CV 13-1506 FMO (SPx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MORONGO BAND OF MISSION INDIANS, et al., | ) |
| Defendants. | ) |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 23rd day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge